**ANDREW J.  THOMAS, ESQ.**
Nevada Bar No. 000017
at@steveburrislaw.com
**BURRIS & THOMAS, LLC**
2810 W. Charleston Blvd., Suite F-58
Las Vegas, Nevada  89102
(702) 258-6238 - Telephone
(702) 258-8280 – Facsimile
*Attorneys for Plaintiff*

*LAW OFFICES OF*
**STEVEN M. BURRIS, LLC**
2810 W. Charleston Blvd. Suite F-58
Las Vegas, Nevada 89102

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CHIPMAN, an individual, | Case No. 2:23-cv-00761-JCM-BNW |
| Plaintiff, | |
| vs. | |
| LYFT, INC., a foreign corporation; and DOES I through X, inclusive, and, ROE ENTITIES 1 THROUGH X inclusive, | |
| Defendants. | |
| _____ | |
| UNITED FINANCIAL CASUALTY COMPANY, | |
| Intervenor. | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The law firm of Burris & Thomas, LLC's Motion to Withdraw as Counsel for Plaintiff  (#22)

having been filed on January 2, 2024, and good cause appearing therefor,

. . .

. . .

1

*LAW OFFICES OF*
**STEVEN M. BURRIS, LLC**
2810 W. Charleston Blvd. Suite F-58
Las Vegas, Nevada 89102

1          *James Chipman v. Lyft, Inc., et al.*
           Case No. 2:23-cv-00761-JCM-BNW

2

3          **IT IS HEREBY ORDERED** that, pursuant to the Court's Minute Order In Chambers (#23)

4    filed on January 4, 2024, the law firm of Burris & Thomas, LLC's Motion to Withdraw as Counsel

5

6    for Plaintiff is **GRANTED**.

7          **IT IS FURTHER ORDERED** that further notices and pleadings in this case may by served

8    upon the Plaintiff James Chipman at his last known address as follows:

9          James Chipman
           1405 E. Vegas Valley Drive, Apt. 58, Building 7
10         Las Vegas NV 89169
           (702) 600-1651
11         Jameschipman74@gmail.com

12

13   The current deadlines in this case are:

| | |
|---|---|
| Last Day to Amend Pleadings | February 2, 2024 |
| Initial Experts Disclosures | March 4, 2024 |
| Interim Status Report | March 4, 2024 |
| Rebuttal Expert Disclosures | April 3, 2024 |
| Discovery Cut Off | May 3, 2024 |
| Dispositive motions | May 31, 2024 |
| Pre-Trial Order | June 28, 2024 |
| Trial Date | No Trial Date Set Yet |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/5/2024

2

LAW OFFICES OF
STEVEN M. BURRIS, LLC
2810 W. Charleston Blvd. Suite F-58
Las Vegas, Nevada 89102

*James Chipman v. Lyft, Inc., et al.*
Case No. 2:23-cv-00761-JCM-BNW

1

2

3  Respectfully Submitted by:

4  BURRIS & THOMAS, LLC

5

       */s/ Andrew J. Thomas*
6  By:_____
       Andrew J.  Thomas, Esq.
7      Nevada Bar No. 000017
       at@steveburrislaw.com
8      2810 W. Charleston Blvd., Suite F-58
       Las Vegas, Nevada  89102
9      *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                3