UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES CHIPMAN, | Case No.2:23-CV-761  JCM (BNW) |
| Plaintiff(s), | |
| v. | ORDER |
| LYFT, INC., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Brenda Weksler's report and recommendation ("R&R").  (ECF No. 35).  She recommends that this case be dismissed for plaintiff James Chipman ("plaintiff")'s failure to comply with the court's order granting defendant Lyft, Inc. ("defendant")'s motion to compel (ECF No. 31) and the court's order to show cause (ECF No. 34).  (ECF No. 35 at 2).  Specifically, she notes that plaintiff never filed a show cause response regarding why he should not be sanctioned for failing to respond to the order granting defendant's motion to compel.  (*Id.* at 1).

No objections were filed to the R&R.  Thus, the court is not obligated to conduct a *de novo* review of the R&R.  28 U.S.C. § 636(b)(1) (requiring courts to "make a *de novo* determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." (emphasis in original)).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Weksler's R&R (ECF No. 35) be, and the same hereby is, ADOPTED IN FULL.

IT IS FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

The clerk is instructed to close this case.

DATED June 17, 2024.

_____
UNITED STATES DISTRICT JUDGE